AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

HECTOR CURIEL-GALINDO

*Defendant(s)*

Case No. 4:26MJ3121

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 15, 2026 in the county of Cass in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a)&(b)(1) | Reentry of a removed alien following a felony conviction |

This criminal complaint is based on these facts:

Please see the attached affidavit of DO Keshaun Britt.

☑ Continued on the attached sheet.

Keshaun Britt #4300

*Complainant's signature*

Keshaun Britt, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/31/2026

JdeLuca

*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION OF HECTOR CURIEL-GALINDO | ) ) ) | AFFIDAVIT OF Keshaun Britt |

Keshaun Britt, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant completed the required federal law enforcement training to become a Deportation Officer in September 2025 and has been employed in that capacity since that time. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Hector CURIEL-Galindo**, (hereafter referred to as **defendant**) with violations of 8 U.S.C. § 1326(a) and 8. U.S.C. § 1326(b)(1). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. The **defendant** came to the attention of the ICE ERO Omaha Fugitive Operations Team ("FOT") after receiving information from ICE ERO Rapid City and the Pennington County Sherrif's Office (South Dakota) that the **defendant**, a felon previously removed from the United States multiple times, was a suspect in a criminal investigation in Pennington County, South Dakota, and may have moved to Omaha, NE. FOT officers subsequently determined that the **defendant** was operating a red 2008 GMC Sierra registered to another individual. FOT officers located the vehicle at 3651 Ida Street, Omaha, NE, and observed the **defendant** enter and operate the vehicle at that residence.

6. On 08/15/2026, FOT officers conducted surveillance near 3651 Idea Street, Omaha, NE. At approximately 0844 hours, the **defendant** entered the red 2008 GMC Sierra and departed the driveway. FOT officers conducted a vehicle stop. FOT officers identified themselves as immigration officers. The **defendant** identified himself and was informed that ICE had a warrant for his arrest. The **defendant** was taken into custody without

incident and transported to the ICE ERO office in Omaha, NE for processing. At the office, biometric checks of his fingerprints confirmed his identity.

7. Biographic checks of the **defendant's** name and date of birth showed that he is a citizen of Mexico with six previous removals from the United States to Mexico.

8. The **defendant's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the **defendant's** current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that the **defendant** had been arrested by DHS previously.

9. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (**A027 612 597)** relating to the **defendant.**

10. The **defendant's** alien registration file contains photographs, fingerprints and immigration documents identifying the **defendant** as a citizen and national of Mexico. On 07/11/1986, an immigration judge with the Executive Office for Immigration Review (EOIR) in El Centro, CA issued the **defendant** a final order of removal. The **defendant** was removed from the United States to Mexico on 07/11/2026. The **defendant** has additional removals on 09/14/1990, 07/23/1997, 09/24/2003, 01/19/2005, and 11/15/2006 pursuant to his final order of removal. The **defendant** illegally reentered the United States without inspection or admission at an unknown location and on an unknown date.

11. On 01/10/2005, in the United States District Court for the District of Nebraska, Case No. 8:2004cr00318, the **defendant** pleaded guilty to 8 USC 1326(a) and 8 USC 1326(b)(2), Reentry of Deported Aliens. The **defendant** was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months.

12. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the **defendant.**

16. Affiant believes there is probable cause that the **defendant** is in violation of 8 USC 1326(a) and 1326(b)(1), in that the **defendant** is an alien who has been removed from the United States subsequent to a conviction for a felony, and who thereafter was found in the United States without having obtained the express consent of the Attorney General to reapply for admission.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

Keshaun Britt #9300

Keshaun Britt, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by reliable electronic means:

Dated: 8/31/2026

JDeLuca

Jacqueline M. DeLuca
United States Magistrate Judge